IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03133-RM-BNB

JAMES G. MAPES,

Plaintiff,

v.

THE CITY OF THORNTON, COLORADO, a municipal corporation,
BRYAN ADAIR,
MATTHEW L. BROOKS,
JOSEPH CAHILL,
KAS R. GETTMAN,
KEVIN L. GIFFORD,
JESSICA GODRES,
GREG KIERNAN,
KEITH KRAMER,
CANUTO JOHN MARTINEZ,
RANDY NELSON,
JOHN D. PATTERSON,
EVAN W. POTTER,
RICHARD E. ROMITO,
BETHANY H. SLAUGHTER DE SANCHEZ,
BRUCE A. STEWART,
SHAWN M. WALSH,
ABRAHAM WHITE, and
ERIC D. VILLANYI,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order** [docket no. 36, filed April 21, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

>   The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 2, 2014**;
>
>   The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 31, 2014**;

  Discovery cut-off:                           **September 1, 2014**;
  Dispositve Motions Deadline:                 **October 6, 2014.**

IT IS FURTHER ORDERED that the Pretrial Conference set for November 12, 2014, is **vacated and reset to December 17, 2014, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **December 10, 2014**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2(b).

DATED:  April 23, 2014