**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-3133-RM-BNB

JAMES G. MAPES,

    Plaintiff,

v.

THE CITY OF THORNTON, COLORADO, a municipal corporation,
OFFICER BRYAN ADAIR,
OFFICER MATTHEW L. BROOKS,
OFFICER JOSEPH CAHILL,
OFFICER KAS R. GETTMAN,
OFFICER KEVIN L. GIFFORD,
OFFICER JESSICA GODRES,
OFFICER GREG KIERNAN,
OFFICER KEITH KRAMER,
OFFICER CANUTO JOHN MARTINEZ,
THORNTON POLICE CHIEF RANDY NELSON,
OFFICER JOHN D. PATTERSON,
OFFICER EVAN W. POTTER,
OFFICER RICHARD E. ROMITO,
OFFICER BETHANY H. SLAUGHTER DE SANCHEZ,
SERGEANT BRUCE A. STEWART,
OFFICER SHAWN M. WALSH,
OFFICER ABRAHAM WHITE, and
OFFICER ERIC D. VILLANYI,

    Defendants.

---

**ORDER GRANTING
UNOPPOSED MOTION TO DISMISS CLAIMS AGAINST
INDIVIDUAL DEFENDANTS, WITH PREJUDICE (ECF No. 39)**

---

THIS MATTER comes before the Court upon the Unopposed Motion to Dismiss all

claims against the individual defendants, with prejudice, and the Court being fully advised of the

matters set forth therein,

DOES HEREBY ORDER the dismissal of all claims against the individual defendants, Officer Bryan Adair; Officer Matthew l. Brooks; Officer Joseph Cahill; Officer Kas Gettman; Officer Kevin Gifford; Officer Jessica Godres; Officer Greg Kiernan; Officer Keith Kramer; Officer Canuto John Martinez; Police Chief Randy Nelson; Officer John D. Patterson; Officer Evan W. Potter; Officer Richard E. Romito; Officer Bethany H. Slaughter De Sanchez; former Sergeant Bruce A. Stewart; former Officer Shawn M. Walsh; Officer Abraham White; and Officer Eric Villanyi, with prejudice, each party to pay his or her own costs and attorney fees.

DATED this 22nd day of May, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge