**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-03133-RM-BNB

**JAMES G. MAPES,**

Plaintiff,

v.

**THE CITY OF THORNTON, COLORADO**, a municipal corporation;
**OFFICER BRYAN ADAIR**;
**OFFICER MATTHEW L. BROOKS**;
**OFFICER JOSEPH CAHILL**;
**OFFICER KAS R. GETTMAN**;
**OFFICER KEVIN L. GIFFORD**;
**OFFICER JESSICA GODRES**;
**OFFICER GREG KIERNAN**;
**OFFICER KEITH KRAMER**;
**OFFICER CANUTO JOHN MARTINEZ**;
**THORNTON POLICE CHIEF RANDY NELSON**;
**OFFICER JOHN D. PATTERSON**;
**OFFICER EVAN W. POTTER**;
**OFFICER RICHARD E. ROMITO**;
**OFFICER BETHANY H. SLAUGHTER DE SANCHEZ**;
**SERGEANT BRUCE A. STEWART**;
**OFFICER SHAWN M. WALSH**;
**OFFICER ABRAHAM WHITE**; and
**OFFICER ERIC D. VILLANYI,**

Defendants.

## ORDER CONFIRMING STIPULATED DISMISSAL, WITH PREJUDICE, OF THE CITY OF THORNTON

THIS MATTER comes before the Court upon the Stipulated Dismissal with Prejudice, and the Court being fully advised of the matters set forth therein,

IT IS HEREBY ORDERED:

That all claims against the City of Thornton are dismissed with prejudice, each party to pay his or its own costs and attorney fees.

By issuing this order, this case is resolved in its entirety because a dismissal of all claims against the individual defendants previously filed. As such, the Court hereby vacates all scheduled conferences and closes this case.

DATED this 4th day of June, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge